# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANDRE J. BAHOU,<br><br>    **Plaintiff,**<br><br> vs.<br><br>PRISM TECHNOLOGIES GROUP, INC., PRISM TECHNOLOGIES LLC, GREGORY J. DUMAN, L. ERIC LOEWE, STEVEN J. YASUDA, and HUSSEIN A. ENAN,<br><br>    **Defendants.** | 8:17CV462<br><br>ORDER |

Upon review of the parties' Joint Motion to Stay Case Pending Settlement Finalization and to Designate Certain Filings as Party-Restricted Access ([Filing No. 126](#)),

**IT IS ORDERED:**

1. The Joint Motion to Stay Case Pending Settlement Finalization and to Designate Certain Filings as Party-Restricted Access ([Filing No. 126](#)) is granted;

2. On or before **August 1, 2019**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the trial judge a draft order which will fully dispose of the case;

3. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice;

4. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case; and

5. The Clerk of Court shall restrict access to Filing Nos. 11, 19, 31, 61-62, 64, and 74 to case participants and court users.

Dated this 18th day of July, 2019.

                 BY THE COURT:

                 s/ Michael D. Nelson
                 United States Magistrate Judge