# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA
# OMAHA DIVISION

| | | |
|---|---|---|
| ANDRE J. BAHOU, | § § § | |
| PLAINTIFF | § § | |
| v. | § | CASE NO. 8:17-CV-00462 |
| PRISM TECHNOLOGIES GROUP, INC., PRISM TECHNOLOGIES LLC, GREGORY J. DUMAN, L. ERIC LOEWE, STEVEN J. YASUDA, AND HUSSEIN A. ENAN, | § § § § § § § | |
| DEFENDANTS | § | |

## AGREED ORDER OF DISMISSAL

The parties submitted to this Court a Joint Motion to Dismiss [Doc. 129] in which they advised the Court that they have settled all claims and controversies at issue and asked this Court to dismiss this suit with prejudice, while retaining jurisdiction to enforce the terms of the parties' settlement agreement pursuant to *Kokkonen v. Guardian Life Insurance Co. of America,* 511 U.S. 375, 381-82 (1994) and *Gilbert v. Monsanto Co.,* 216 F.3d 695, 699 (8th Cir. 2000). The Court grants the parties' joint motion; accordingly, IT IS HEREBY ORDERED THAT:

1. The parties shall comply with the terms of their settlement agreement entered into on or about July 16, 2019;

2. By consent of the parties, the Court shall retain jurisdiction for the purpose of enforcing the terms of the settlement agreement.

Except as provided for in paragraphs 1 and 2, above, this case is dismissed, with prejudice, and each party shall bear its own attorney fees and costs.

Signed this 31st day of July, 2019.

s/ Joseph F. Bataillon
Senior United States District Judge
